FILED

01/08/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0676

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0676

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                                O R D E R

DOUGLAS P. PASQUINZO,

     Defendant and Appellant.

_____

The record was filed for purposes of this appeal on November 21, 2024.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than February 10, 2025.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 8 2025